JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUISE BAILEY,**<br>**Plaintiff,**<br>**vs.**<br>**PADRE FAMILY LLC; and DOES 1 to 10,**<br>**Defendants.** | **Case No.: 2:26-cv-07138-SRM-BFMx**<br>Assigned to Serena R. Murillo<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: October 1, 2026

Hon. Serena R. Murillo
United States District Judge